# Third District Court of Appeal

## State of Florida

Opinion filed October 1, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0920
Lower Tribunal No. 23-16304-CA-01
_____

**Jorge Luis Cruz,**
Appellant,

vs.

**Maria Gonzalez, et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

Jorge Luis Cruz, in proper person.

The Mills Firm, P.A., and John S. Mills and Kyle W. Mason (Jacksonville), for appellees.

Before EMAS, LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>D.H. v. Adept Cmty. Servs., Inc.</u>, 271 So. 3d 870, 880 (Fla. 2018) ("A trial court's ruling is treated as correct except insofar as an appellant raises claims of error. . . . Claims of error not raised by an appellant in its initial brief are deemed abandoned." (internal citations omitted)); <u>City of Miami v. Steckloff</u>, 111 So. 2d 446, 447 (Fla. 1959) ("[P]oints covered by a decree of the trial court will not be considered by an appellate court unless they are properly raised and discussed in the briefs."); <u>Tercier v. Univ. of Miami, Inc.</u>, 383 So. 3d 847, 851 (Fla. 3d DCA 2023) ("If an appellant fails to raise an argument in its initial brief, that argument is deemed abandoned." (citation omitted)).